IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DELILAH OSCAR,[1] | § | |
| | § | No. 394, 2024 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN13-01448 |
| IAN CAESAR, | § | Petition No. 24-04720 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: November 12, 2024
Decided: November 13, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)     The appellant, Delilah Oscar, filed this appeal from the Family Court's August 27, 2024 order denying her petition for custody modification. On October 7, 2024, the Court denied Oscar's petition to proceed *in forma pauperis*. The same day, the Senior Court Clerk advised Oscar to pay the Court's filing fee by October 21, 2024, or a notice to show cause would issue. Oscar failed to pay the filing fee.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

(2) On October 30, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Oscar to show cause why this appeal should not be dismissed for her failure to pay the filing fee. On November 12, 2024, Oscar responded to the notice to show cause. In her response, Oscar argues the merits of her appeal and asks the Court to waive the filing fee. Under the rules of this Court, a party filing an appeal must pay the applicable filing fees, unless the Court authorizes the commencement of the appeal without prepayment of fees because the party is indigent.[2] In light of the Court's denial of Oscar's motion to proceed *in forma pauperis* and Oscar's failure to pay the filing fee, this appeal must be dismissed.

NOW, THEREFORE, IT IS HEREBY ORDERED that this appeal is DISMISSED under Supreme Court Rule 29(b).

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[2] Del. Supr. Ct. R. 20(a), (h).